# SOMERSET COUNTY.

## December Term, 1795.

### PENNSYLVANIA v. ADAM KEFFER.

1795.

THIS was an indictment againft one of the grand jurors (on the prefentment of the reft) for that he, being fworn, &c. " not regarding his oath, nor the good of the county, and the office of a juror, but holding the fame in contempt, on 22d *December*, 1795, during the fitting of the grand-jury, on bufinefs given them in charge, did mifbehave himfelf in the office of a juror, and abufe the truft put in him, by intoxicating himfelf with ftrong liquor, and difqualifying himfelf for the difcharge of the office of a juror."

The foreman and others of the grand-jury proved the intoxication in a very high degree, during the fitting of the grand-jury. He flept by the fire, and could not be roufed to do his duty, or anfwer queftions.

PRESIDENT. If the incapacity arofe from natural infirmity, or unavoidable accident, you ought to acquit. But, if it was voluntary, you ought to convict. The intention with which the intoxication was produced, whether with a direct view to difqualify, or not, is not effential to the conviction. For it was his duty, not only not to difqualify himfelf, but to take reafonable care to preferve himfelf in a ftate fit for doing his duty.